1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA LUNDIN; ROGER LUNDIN,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>   v.  )<br>  )<br>MT. ROSE DEVELOPMENT  )<br>CORPORATION dba MT. ROSE SKI  )<br>TAHOE, a Nevada corporation,  )<br>  )<br>      Defendants.  )<br>_____ ) | **Case No. 2:09-CV-00327-JAM-GGH**<br><br>**ORDER TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA (28 U.S.C., §1406(a))** |

The Court has received and considered the Stipulation of counsel to transfer this case to the United States District Court for the District of Nevada. The Court has reviewed the Stipulation and has determined there is good cause for this transfer, therefore,

IT IS HEREBY ORDERED that:

1. The matter is transferred to the United States District Court for the District of Nevada, located at 400 S. Virginia Street, Reno, Nevada 89501.

2. The Clerk will notify the parties of the Judge in the United States District Court for the District of Nevada to whom the matter has been assigned.

3. Defendant MT. ROSE DEVELOPMENT CORPORATION shall have until

twenty (20) days after receipt of a Notice of Completion of Transfer or similar notice from the Clerk of the United States District Court for the District of Nevada, 400 S. Virginia Street, Reno, Nevada 89501, to respond to the Complaint herein.

    4.    Following the transfers and the filing of an answer, the new judge to whom the action is assigned will enter whatever scheduling order and whatever conferences as he or she determines to be appropriate in this matter.

DATED this 23rd day of September, 2009

    /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28